No. 04–6934. JONES v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 04–6936. HUMPHREY v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 04–6940. AKINGBALA v. ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–6942. APONTE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–6943. ENSWORTH v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 04–6946. CRAWFORD, AKA GILES v. ANNETTS, SUPERINTENDENT, WALLKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6952. PARDON v. JONES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–6955. LUNSFORD v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6958. THOMAS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–6960. DEROSA v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–6965. JOHNSON v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6971. TRAYLOR v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 04–6975. JONES v. HENDERSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6977. MARTINEZ v. SMITH. C. A. 9th Cir. Certiorari denied.

No. 04–6978. LAWAL v. ASHCROFT, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.